# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

**U.S.A. vs. Anthony Pasquale Piccirillo**　　　　　　　　Docket No. 3:03CR00198(RNC)

## PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Vicki M. Stackpole, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Anthony Pasquale Piccirillo who was sentenced to 5 years probation for a violation of 21 U.S.C. § 841(Possession with Intent to Distribute Heroin) by the Honorable Robert N. Chatigny, Chief U.S. District Judge sitting in the court at Hartford, Connecticut on January 26, 2004 who fixed the period of probation at (5) five years which commenced on January 26, 2004 and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows: 1) The defendant will be confined to a halfway house for 3 months, 2) Upon release from the halfway house the defendant will be confined to his home for 3 months with electronic monitoring at his own expense; the defendant will be allowed to leave his home to work, obtain medical attention, attend religious services, and at other times approved in advance by the U.S. Probation Office, 3) The defendant will participate in a program of mental health evaluation, counseling, and treatment under the direction of the U.S. Probation Office; and 4) The defendant will participate in a program of substance abuse monitoring, counseling, and treatment as directed by the U.S. Probation Office, the defendant will apply all, or a portion of, the costs associated with his participation in these programs based on his ability to pay, in an amount to be determined by the U.S. Probation Office.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
The defendant is being cited for violating the following condition of probation:

<u>Standard Condition</u>: The defendant shall not commit another federal, state, or local crime.

The defendant was arrested by the Hamden Police Department on January 7, 2005, for Conspiracy to Commit Larceny 2nd Degree, Carrying a Pistol without a Permit and Robbery 1st Degree and Conspiracy to Commit Robbery 1st Degree. The Bail Commissioner reported that Mr. Piccirillo is scheduled to be arraigned in Meriden Superior Court on Monday January 10, 2005, with the recommendation of a $75,000 bond.

**PRAYING THAT THE COURT WILL ORDER** a warrant to issue with the period of supervision tolled.

**ORDER OF COURT**

Considered and ordered this ___10___ day of January, 2005 and ordered filed and made a part of the records in the above case.

The Honorable Ellen Bree Burns
Senior United States District Judge

Sworn to By

_Vicki Stackpole_
Vicki M. Stackpole
United States Probation Officer

Place ___New Haven___

Date ___1-10-2005___

Before me, the Honorable Ellen Bree Burns, Senior United States District Judge, on this ___10___ day of January 2005, U.S. Probation Officer Vicki M. Stackpole appeared and under oath stated that the facts set forth in this petition are true to the best of her knowledge and belief.

_Ellen Bree Burns_
Senior United States District Judge