UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| V. : | CASE NO. 3:03CR198(RNC) |
| : | |
| ANTHONY PASQUALE PICCIRILLO : | |

ORDER REVOKING PROBATION AND IMPOSITION OF SENTENCE

On January 26, 2004, this Court sentenced the defendant to a term of probation of 5 years for possession with intent to distribute heroin in violation of 21 U.S.C. §841. A condition of probation set by the Court required that the defendant be confined to a half-way house for 3 months.

On May 6, 2004, the defendant appeared with counsel for a hearing to determine if the defendant had violated the foregoing condition by failing to comply with the rules and regulations of the half-way house. Based on the entire record, the Court found that the defendant had violated the foregoing condition and ordered that the defendant's conditions of probation be modified.

On January 10, 2005, the defendant was ordered to show cause why his term of probation should not be revoked based on a petition filed by the probation office stating that he had violated a standard condition of probation requiring that he not commit another federal, state, or local crime. On March 9, 2006, the defendant appeared with counsel for a hearing to determine if his sentence of probation should be revoked. On that day, the defendant admitted that he had committed state crimes to which he had pleaded guilty in state court. Based on the entire record, the Court found that the defendant had violated the standard condition of his probation

-2-

prohibiting him from committing further crimes.

Accordingly, it is ordered that the sentence of probation imposed on January 26, 2004, as modified on May 11, 2004, is revoked and the defendant is committed to the custody of the Bureau of Prisons for a period of twenty-four (24) months, with no supervised release to follow.  The Court recommends to the Bureau of Prisons that the defendant receive credit for time spent in pretrial custody starting on February 10, 2006, and that he be designated to serve his term of imprisonment at FCI Coleman in Terrace, Florida, or the Bureau of Prisons facility closest to Port St. Lucie, Florida, to facilitate family visits.

So ordered.

Dated at Hartford, Connecticut this      day of March 2006.


_____/s/_____
         Robert N. Chatigny
     United States District Judge